Nathan Brown (SBN: 033482)
*Nathan.Brown@BrownPatentLaw.com*
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| April Stewart, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Snow Joe, LLC, a New York company,<br><br>*Defendant*. | Case No.  4:20-cv-00145-RM<br><br>**Plaintiff's Notice of Voluntary Dismissal** |

  Plaintiff April Stewart hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

                Respectfully Submitted,

                **APRIL STEWART,** individually and on behalf of those similarly situated individuals

Dated: May 8, 2020      */s/ Nathan Brown*
                Nathan Brown (SBN: 033482)
                *Nathan.Brown@BrownPatentLaw.com*

|   |   |
|---|---|
| 1 | |
| 2 | BROWN PATENT LAW |
|   | 1500 N 7th Way Suite 203 |
| 3 | Scottsdale, AZ 85260 |
|   | Telephone: (602) 529-3474 |

BROWN PATENT LAW
1500 N 7th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

Robert Ahdoot
*rahdoot@ahdootwolfson.com*
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111

Avi R. Kaufman
*kaufman@kaufmanpa.com*
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*

2

Notice of Voluntary Dismissal