IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| April Stewart,<br><br>        Plaintiff,<br><br>v.<br><br>Snow Joe LLC,<br><br>        Defendant. | No. CV-20-00145-TUC-RM<br><br>**ORDER** |

Plaintiff filed her Complaint on April 5, 2020. (Doc. 1.) Plaintiff now "gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs." (Doc. 9.) A plaintiff may dismiss an action without court approval by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not yet served either an answer or a motion for summary judgment.

Accordingly,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that this action is **dismissed without prejudice**, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to close this case.

Dated this 12th day of May, 2020.

_____
Honorable Rosemary Márquez
United States District Judge